**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

| | |
|---|---|
| **HOWARD COHAN,** )<br>)<br>      **Plaintiff,** )<br>)<br>vs. )<br>)<br>**RB-PHM PALM BEACH 2017 LLC,** )<br>**a Foreign Limited Liability Company** )<br>**d/b/a PALM BEACH GARDENS** )<br>**MARRIOTT,** )<br>)<br>      **Defendant.** )<br>) | CASE NO.  9:22-cv-80957-DMM |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Defendant, RB-PHM PALM BEACH 2017 LLC, by and through the undersigned counsel and pursuant to Fed. R. Civ. P. 7.1, hereby files its Corporate Disclosure Statement as follows:

Defendant RB-PHM Palm Beach 2017 LLC is a wholly owned subsidiary of RB-PHM Palm Beach Holdings 2017 LLC.  There is no publicly held corporation owning 10% or more of its stock.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

DATED this 20th day of July, 2022.

Respectfully submitted,

JACKSON LEWIS P.C.
390 North Orange Avenue, Suite 1285
Orlando, Florida 32801
Telephone:     (407) 246-8440


By:    */s/ R. Charles DiNunzio, Jr.*
Tasos C. Paindiris
Florida Bar No. 0041806
tasos.paindiris@jacksonlewis.com

R. Charles DiNunzio, Jr.
Florida Bar No. 1029108
charles.dinunzio@jacksonlewis.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of July, 2022, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing on all counsel or parties of record on the Service List below.

*/s/ R. Charles DiNunzio, Jr.*
R. Charles DiNunzio, Jr.

## SERVICE LIST

Gregory S. Sconzo, Esquire
Samantha L. Simpson, Esquire
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone:     (561) 729-0940
Facsimile:      (561) 491-9459
Gregory Sconzo's Florida Bar No. 0105553
Samantha Simpson's Florida Bar No. 1010423
Attorneys for Plaintiff